No. 80–5576.   WATKINS *v.* THOMAS, SHERIFF, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 80–5580.   EUGE *v.* UNITED STATES ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 80–5585.   PAPP *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 80–5588.   GROFT *v.* CONNELL CHEVROLET CO., INC. C. A. 7th Cir.   Certiorari denied.

No. 80–5590.   WELLS *v.* KENTUCKY.   Ct. App. Ky.   Certiorari denied.

No. 80–5597.   LYDON *v.* MASSACHUSETTS.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 80–5616.   FRISCH *v.* FRISCH.   App. Div., Sup: Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 80–5625.   JENKINS *v.* BORDENKIRCHER, WARDEN.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 80–5681.   BOYD *v.* BORDENKIRCHER, WARDEN.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 80–5683.   MAHLER *v.* GARRISON, WARDEN, ET AL. C. A. 4th Cir.   Certiorari denied.

No. 80–5702.   MORRIS *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 80–5705.   JONES *v.* UNITED STATES ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 80–5712.   CLIFTON *v.* CUYLER ET AL.   C. A. 3d Cir. Certiorari denied.

No. 80–5722.   HUGHES *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.